IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MERYEM ALI, | § § § § | |
| Plaintiff | § § | |
| v. | § § | NO. 4:14-cv-03066 |
| FACEBOOK, INC. and ADEEL SHAH KHAN, | § § § § | |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Meryem Ali and Defendant Facebook, Inc. hereby stipulate and agree, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action against Facebook, Inc. shall be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED this 11th day of November 2014.**

-2-

| **PLAINTIFF** | **PERKINS COIE, LLP** |
|---|---|
| _____<br>Meryem Ali | *s/ Wyatt Maxwell*_____<br>Ann Marie Painter<br>Attorney-in-charge<br>State Bar No. 00784715<br>Southern District of Texas Bar No. 19741<br>AMPainter@perkinscoie.com<br>Wyatt Maxwell<br>State Bar No. 24060240<br>Southern District of Texas Bar No. 1116155<br>wmaxwell@perkinscoie.com<br>500 N. Akard Street, Suite 3300<br>Telephone:  214.965.7700<br>Facsimile:  214.965.7799<br><br>*Attorneys for Defendant Facebook, Inc.* |

-2-

PLAINTIFF

_____
Meryem Ali

PERKINS COIE, LLP

*s/ Wyatt Maxwell*
_____
Ann Marie Painter
Attorney-in-charge
State Bar No. 00784715
Southern District of Texas Bar No. 19741
AMPainter@perkinscoie.com
Wyatt Maxwell
State Bar No. 24060240
Southern District of Texas Bar No. 1116155
wmaxwell@perkinscoie.com
500 N. Akard Street, Suite 3300
Telephone:  214.965.7700
Facsimile:  214.965.7799

*Attorneys for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

On November 11, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served counsel for parties of record via U.S. certified mail, return receipt requested at the address below.

Meryem Ali
2301 S. Voss Road Apt 2112
Houston, TX 77057

                *s/ Wyatt Maxwell*
                Wyatt Maxwell