Meryem Ali

2301 S. Voss Road

Apt 2112

Houston, TX

77057

United States Courts
Southern District of Texas
FILED

NOV 13 2014

David J. Bradley, Clerk of Court

Re:  Civil Action No. 4:14-cv-03066

My name is Meryem Ali and my case number is 03066. I dismissed Facebook Inc from this case and they will file the document this week.  The other defendant Adeel Shah Khan was never served.  I would like to dismiss the entire case.  I can be reached at 504-275-5257.  Please let me know if you need any other information.

Sincerely,

*[signature]* 11/12/14

Meryem Ali