IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MERYEM ALI, § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | NO. 4:14-cv-03066 |
| § | |
| FACEBOOK, INC. and ADEEL SHAH § | |
| KHAN, § | |
| § | |
| Defendants. § | |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

On this __17th__ day of November, 2014, the Court considered the Stipulation of Dismissal With Prejudice, seeking the dismissal of all claims against Facebook, Inc. in this case. The Court, having read the pleadings and examined the evidence, finds as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation of Dismissal with Prejudice is granted; and

IT IS FURTHER ORDERED, that all claims against Facebook, Inc. at issue herein are dismissed with prejudice.

Signed this __17th__ day of __November__, 2014.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE