IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MERYEM ALI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-3066 |
| | § | |
| FACEBOOK, INC., and | § | |
| ADEEL SHAH KHAN, | § | |
| | § | |
| Defendants. | § | |

ORDER OF DISMISSAL

Pending is Plaintiff Meryem Ali's Motion to Dismiss this entire case (Document No. 10), the only remaining named Defendant being Adeel Shah Khan. Plaintiff represents that Defendant was never served with summons and a copy of the Complaint and the Court file discloses that Defendant Khan has filed no answer or other pleading in this case. Accordingly, Plaintiff's Motion is GRANTED, and it is

ORDERED that this case against Defendant Adeel Shah Khan is DISMISSED.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 18TH day of November, 2014.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE